IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOFOFORA EVA CONTRERAZ,   No. CIV S-11-2464-CMK-P

    Plaintiff,

  vs.   ORDER

D. IBARRA, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for this case to be returned to the Fresno division of this court (Docs. 5, 6).

        Plaintiff, who is currently house at High Desert State Prison, originally filed this action with the Fresno division of this court, case number 1:11cv1523-GBC.  On September 16, 2011, the Fresno division transferred this case to the Sacramento division.  However, as plaintiff points out in his current motion, the alleged civil rights violations raised in his complaint did not occur at his current housing location, but rather occurred at his former location, the California Substance Abuse Treatment Facility and State Prison, which is located in Corcoran, California. Corcoran is located in Kings County, which is within the boundaries of the Fresno division of the

1  United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(b).  The
2  court therefore agrees that this case was transferred in error, and should be transferred back to the
3  Fresno division.
4        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to have this
5  action transferred back to the Fresno division of the United States District Court for the Eastern
6  District of California (Docs. 5, 6) is granted.

 DATED:  October 11, 2011

                                /s/ Craig M. Kellison
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE